## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Krzysztof Stojkowski,                      Case No. 10-CV-2390 (PJS/LIB)

           Plaintiff,

v.                                          **ORDER**

Scott Peter Fisher,

           Defendant.

---

This matter is before the Court on the Report and Recommendation of Magistrate Judge Leo I. Brisbois dated April 18, 2011.  No objections to the Report and Recommendation have been filed within the requisite time period.

Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's habeas corpus petition [Docket No. 1] is DENIED; and

2. This action is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 12, 2011

                                                       s/Patrick J. Schiltz
                                                       Patrick J. Schiltz
                                                       United States District Judge